VITO MUTO et al., Appellants, v. ANTHONY T. ANNUTTO et al., Respondents.— Judgment insofar as appealed from affirmed, without costs of this appeal to any party. All concur. (Appeal from part of a judgment directing plaintiffs

to cut to a certain height three iron pipes standing on the boundary line between properties of the respective parties.) Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.